**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN COMMERCIAL BANK & TRUST, N.A., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:26-cv-00633 |
| MO' JACK, Hull Identification Number VHS42A3TF122, its engines, machinery, appurtenances, etc. (in rem); LUJO42 LLC, a Florida limited liability corporation; and ROSTISLAV BABEL, individually (in personam); | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

This matter coming before the Court by agreement of the parties based upon the parties' representations that this matter has been resolved in accordance with the terms of a Forbearance Agreement; due notice having been provided; counsel for the Plaintiff and Defendant Rostislav Babel jointly requesting the entry of this Order; and the Court being fully advised in the premises;

**THE COURT HEREBY FINDS**:

1. The parties have entered into a Forbearance Agreement dated February 26, 2026, which incorporates an executed Stipulation for Consent Foreclosure and Consent Judgment of Foreclosure of First Preferred Ship Mortgage, Arrest, Judicial Sale, and Related Relief.

**IT IS HEREBY ORDERED**:

A. This matter is hereby dismissed, without prejudice as to the Plaintiff's right to refile the lawsuit in the event the Defendants, or any of them, breaches the terms of the Forbearance Agreement.

ENTER:

March 27, 2026

_____
The Honorable Judge Manish S. Shah

/s/ *Dominic G. Erbacci*          /s/ *Thomas B. Fullerton*
Counsel for Plaintiff:            Counsel for Defendant:
Riccardo A. DiMonte              Thomas B. Fullerton

ARDC# 6191706
Dominic G. Erbacci
ARDC# 6329651
Robbins DiMonte
216 W. Higgins Road
Park Ridge, Illinois 60068
(847) 698-9600
rdimonte@robbinsdimonte.com
derbacci@robbinsdimonte.com

ARDC#6296539
Akerman LLP
71 South Waker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5726
thomas.fullerton@akerman.com